UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $20,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | No.  15-MC-0104 KJM AC<br><br><br>ORDER |

　　　　The parties have stipulated to extend time for filing a complaint for forfeiture against the defendant currency.  ECF No. 11.

　　　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause.  *United States v. Real Prop. Located at 475 Martin Lane, Beverly Hills, CA,* 545 F.3d 1134, 1141 (9th Cir. 2008).  In *United States v. Real Prop.*, the court allowed the parties three extensions to file the complaint for forfeiture.  *Id.* at 1147.

/////

/////

1

1    This is the parties' sixth stipulation to extend the deadline.  While the court
2 approves the stipulation, a future stipulated extension must be accompanied by a clear showing of
3 good cause supported by a specific statement of reasons.
4    IT IS SO ORDERED.
5  DATED:  May 3, 2016.

_____
UNITED STATES DISTRICT JUDGE